IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01941-CMA-MJW

CARMEN KNIGHT,

Plaintiff(s),

v.

AMERICAN CIVIL CONSTRUCTORS HOLDINGS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Unopposed Motion to Vacate Reschedule Status Conference (docket no. 7) is DENIED. This court does not find good cause shown.

    This case is actually set for the Rule 16 Scheduling/Planning Conference and not for a "Status Conference" as suggested in the caption of the subject motion (docket no. 7). See docket no. 5. That there is no conflict with defense counsel's Colorado Public Utilities Commission hearing and the Rule 16 Scheduling/Planning Conference which is set for October 7, 2010, at 9:30 a.m. noting that the hearing before the Colorado PUC is set for October 18, 2010 through November 3, 2010. Lastly, there is no legal requirement that a Defendant must first file an answer before a Rule 16 Scheduling/Planning Conference case be held.

Date: September 30, 2010